IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re:  GLENDA LAEL MAYFIELD         )         Case Number: 13-00352-MAM-13
                                     )
                                     )         Chapter 13
         Debtor(s).                  )

## OBJECTION TO TRUSTEE'S MOTION TO INCREASE PAYMENT

COMES NOW the Debtor(s) by and through her attorney, James E. Loris, Jr., and move(s) this Honorable Court to deny the Chapter 13 Trustee's Motion to Increase Payments, and reasons states the following:

1. Attorney is reviewing income and expenses.

WHEREFORE, PREMISES CONSIDERED, your Debtor(s) respectfully request(s) this Honorable Court to deny the Chapter 13 Trustee's Motion to Increase Payment, and for such other further relief as this Court deems appropriate.

Respectfully Submitted,

/s/ JAMES E. LORIS, JR.
James E. Loris, Jr.
Attorney for Debtor (s)
P.O. Box 5
Mobile, AL  36601-0005
(251) 432-3100

CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing pleading upon Daniel B. O'Brien, III, Chapter 13 Standing Trustee and each Creditor via the electronic case filing of the Bankruptcy Court this <u>21st</u> day of January, 2015.

                                         <u>/s/ JAMES E. LORIS, JR.</u>
                                         James E. Loris, Jr.
                                         Attorney for Debtor (s)